UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANCE MANUEL,

    Plaintiff,

v.                                      CASE NO.  8:12-CV-365-T-17AEP

DEBBIE & BORIS TWILLMAN,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 5  Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Plaintiff's construed motion to proceed in forma pauperis be denied (Dkt. 2), Plaintiff's Motion for Special Attorney be denied (Dkt. 3), and Plaintiff's Complaint be dismissed without leave to amend, on the basis of futility. (Dkt. 1).

The Court has independently reviewed the pleadings.  Plaintiff has not filed any objection to the Report and Recommendation.  After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 5) is **adopted** and incorporated.  The construed Motion to Proceed IFP (Dkt. 2) is **denied**, and the Motion for Special Attorney (Dkt. 3) is **denied**.  This case is **dismissed** with prejudice.  The Clerk of Court shall close this case.

Case  8:12-CV-365-T-17AEP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 19th day of March, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record